# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD LONGOBARDI, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:24-CV-00152-E |
| AMERICAN AIRLINES GROUP INC, | § § § | |
| Defendant. | § § § § | |

## ORDER

Plaintiff Edward Longobardi filed this case in this Court against Defendant American Airlines Group. In his Complaint, Plaintiff alleges he was discriminated against and removed from work as a flight attendant employed by Defendant because of his ADA disability. (ECF No. 1). In his Complaint, Plaintiff states that Defendant's principal place of business is located at 2400 Aviation Dr, Dallas, TX 75261. (ECF No. 1). However, Defendant's correct principal place of business is located at 1 Skyview Dr, Fort Worth, TX 76155. Fort Worth is in Tarrant County, and Tarrant County is in the Fort Worth Division of the Northern District of Texas. 28 U.S.C. § 124(a)(2).

A district court has the authority to transfer a case in the interest of justice to any district or division in which the action could have been brought. 28 U.S.C. § 1404(a). Here, the named Defendant is located in Fort Worth, which is in the Fort Worth Division. Accordingly, on the Court's own motion, this case is **TRANSFERRED** to the Fort Worth Division of the Northern District of Texas. 28 U.S.C. § 1404(a); *see also* § 124(a)(2).

*(signature on following page)*

**SO ORDERED:** January 24, 2024.

                                                                    
ADA BROWN
UNITED STATES DISTRICT JUDGE