HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DUANE BRICK,<br><br>  Defendant. | No. CR23-052-JHC<br><br>ORDER GRANTING THE DEFENDANT'S MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |

THE COURT has considered the motion to continue the trial date and pretrial motions due date. THE COURT has considered the facts described in said motion, which are incorporated as findings of fact that:

1) a failure to grant the continuance would result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

2) the case is complex due to the nature of the prosecution, and it would be unreasonable to expect that adequate preparation for pretrial proceedings has been provided, given the current timeline, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii);

3) a failure to grant the requested continuance would deny the reasonable time necessary for effective preparation, considering the exercise of due diligence, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(4) the ends of justice, by granting this continuance, outweigh the best interest of the public and the defendant's right to a speedy trial, given the need for

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*United States v. Brick*, CR23-052-JHC) - 1

BECKWITH LAW
1115 TACOMA AVE S
TACOMA, WA 98402
(253)238-8273

1 proper investigation, preparation and developing the necessary defenses, as set forth in
2 18 U.S.C. § 3161(h)(7)(A).
3      (f) the requested Trial Date of March 25th, 2024, is reasonable and would
4 provide counsel the opportunity to necessarily prepare for trial; and
5      (g) the period of delay from the date of this motion to the new trial date is
6 excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).
7      IT IS THEREFORE ORDERED that the trial date in this matter shall be
8 continued to March 25th, 2024, and that pretrial motions shall be filed no later than
9 February 12, 2024.
10      DONE this 8th day of August, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Cristine Beckwith*
Cristine Beckwith, WSBA 35360
Attorney for Duane Brick

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*United States v. Brick*, CR23-052-JHC) - 2

BECKWITH LAW
1115 TACOMA AVE S
TACOMA, WA 98402
(253)238-8273