UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUANE BRICK,<br><br>Defendant. | CASE NO. 2:23-cr-00052-JHC-1<br><br>ORDER |

This matter comes before the Court on Defendant's motion to continue trial and the pretrial motions due date. Dkt. # 23. The Court has considered the materials submitted in support of and in opposition to the motion, the rest of the case file, and the applicable law.

The motion is noted for tomorrow, February 21, 2024; but Defendant has indicated to the Courtroom Deputy that he will not be filing a reply. Thus, the Court does not see a reason to wait any longer before ruling on the motion.

Being fully advised, the Court DENIES the motion. The Court DIRECTS the Clerk to set a pretrial conference in this matter for Monday, March 11, 2024 at 1:30 p.m.

/

/

ORDER - 1

Dated this 20th day of February, 2024.

John H. Chun
United States District Judge

ORDER - 2