UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DUANE BRICK<br><br>Defendant. | NO. CR23-52-JHC<br><br><br><br>ORDER TO SEAL DOCUMENT |

The matter comes before the Court on the Government's Motion to Seal. *See* Dkt. # 53. Because of the sensitive information contained in the unredacted Declaration of AV1 (Dkt. # 54), the Government has demonstrated a compelling governmental interest that is narrowly tailored to justify filing this document under seal. *See* Fed. R. Crim. P. 49.1(d); LCrR 49.1(e); *see U.S. v. Doe*, 870 F.3d 991, 996–97 (9th Cir. 2017).

It is hereby ORDERED that the unredacted Declaration (Dkt. # 54) shall remain sealed.

DATED this 6th day of September, 2024.

*[signature]*
JOHN H. CHUN
United States District Judge

Order to Seal - 1
*United States v. Brick* / CR23-52-JHC