UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DUANE BRICK,<br><br>Defendant. | NO. CR23-052 JHC<br><br>ORDER TO AMEND JUDGMENT |

THE COURT, having considered the stipulated motion of the parties requesting entry of an Amended Judgment, Dkt. # 55, finds entry of the requested Amended Judgment and Restitution Order appropriate in this case.

IT IS ORDERED that the Amended Judgment shall be entered.

DATED this 6th day of September, 2024.

*John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Order to Amend Judgment- 1
*United States v. Duane Brick* / CR23-052 JHC